

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JIMMY REAF HOLLEY,                        §
                                          §
        Petitioner,                       §
                                          §
v.                                        §        2:05-CV-0287
                                          §
DOUGLAS DRETKE, Director,                 §
Texas Department of Criminal Justice,     §
Correctional Institutions Division,       §
        Respondent.                       §

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION and
## DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in

State Custody filed by petitioner.  On November 1, 2005, the United States Magistrate Judge issued

a Report and Recommendation in this cause, recommending therein that petitioner's application for

a writ of habeas corpus be dismissed as time barred.  Petitioner filed objections to the Magistrate

Judge's Report and Recommendation on November 9, 2005.

        The undersigned United States District Judge has made an independent examination of the

record in this case.  The objections filed by petitioner are without merit and are hereby

OVERRULED.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.  Let

judgment be entered accordingly.

        IT IS SO ORDERED.

        ENTERED this _____14th_____ day of _____November_____ 2005.

                                    MARY LOU ROBINSON
                                    UNITED STATES DISTRICT JUDGE